882

*Turner* case. *Milford J. Meyer* for petitioner. *Colbert C. McClain* and *John H. Maurer* for respondent. ■

No. 298. ZITTMAN (WITH WHOM THE CHASE NATIONAL BANK WAS IMPLEADED BELOW) *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN;

No. 299. ZITTMAN (WITH WHOM THE FEDERAL RESERVE BANK OF NEW YORK WAS IMPLEADED BELOW) *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN;

No. 314. MCCARTHY (WITH WHOM THE CHASE NATIONAL BANK WAS IMPLEADED BELOW) *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN;

No. 315. MCCARTHY (WITH WHOM THE FEDERAL RESERVE BANK OF NEW YORK WAS IMPLEADED BELOW) *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN; and

No. 324. MCCLOSKEY, SHERIFF, *v.* MCGRATH, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted. *Joseph M. Cohen* for Zittman. *Henry I. Fillman* and *Otto C. Sommerich* for McCarthy. *Sidney Posner* for McCloskey, Sheriff. *Solicitor General Perlman, Assistant Attorney General Baynton* and *George B. Searls* for respondent. Reported below: 182 F. 2d 349.

No. 261. CANAVERAL PORT AUTHORITY *v.* 1329.25 ACRES OF LAND, MORE OR LESS, IN BREVARD COUNTY, FLORIDA, ET AL. Supreme Court of Florida. Certiorari